THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIRWOOD VILLA CONDOMINIUM ASSOCIATION,<br><br>                    Plaintiff,<br>       v.<br><br>AMCO INSURANCE COMPANY, *et al.*,<br><br>                    Defendants. | CASE NO. C21-1565-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Parties' stipulated motion for an extension of the deadline for Defendants AMCO Insurance Company and Nationwide Mutual Insurance Company to answer the complaint (Dkt. No. 7) is GRANTED. It is hereby ORDERED that the deadline for AMCO and Nationwide to answer the complaint is February 17, 2022.

DATED this 20th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1565-JCC
PAGE - 1