JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAIRWOOD VILLA CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,

Plaintiff,

v.

AMCO INSURANCE COMPANY, an Iowa Corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; and DOE INSURANCE COMPANIES 1-10,

Defendants.

NO. 2:21-cv-01565-JHC

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

Note for Motion Calendar: May 13, 2022

Plaintiff Fairwood Villa Condominium Association and Defendants AMCO Insurance Company and Nationwide Mutual Insurance Company, by and through their undersigned counsel of record, jointly move for the dismissal of this action, with prejudice and without an award of costs or expenses to any party.

//

//

//

//

//

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 13th day of May, 2022.

STEIN, SUDWEEKS & STEIN, PLLC

By /s/Justin Sudweeks
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
2701 First Avenue, Suite 430
Seattle, Washington 98121
Tel: 206.388.0660
Fax: 206.286.2660
jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
Attorneys for Plaintiff Fairwood Villa Condominium Association

OGDEN MURPHY WALLACE, PLLC

By /s/Daniel F. Shickich
Daniel F. Shickich, WSBA #46479
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000
Fax: 206.447.0215
dshickich@omwlaw.com
Attorneys for Defendants AMCO Insurance Company and Nationwide Mutual Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of May, 2022.

John H. Chun

The Honorable John H. Chun
United States District Judge

{DFS2613670.DOCX;1/12637.000033/ }
STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2
2:21-cv-01565-JHC

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

**CERTIFICATE OF SERVICE**

I certify under the laws of the United States of America that on the 13th day of May, 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| Jerry Stein<br>Justin Sudweeks<br>Daniel Stein<br>Jessica Burns<br>Stein, Sudweeks,& Stein<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>**Attorneys for Plaintiff** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |

DATED this 13th day of May, 2022.

s/ Daniel Shickich, WSBA #46479
Daniel Shickich

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215